AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DLOTT, SUSAN J. | US SOUTHERN DISTRICT OF OHIO | 05/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US CHIEF DIST JUDGE-ACTIVE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. COURTHOUSE, ROOM 227
100 EAST FIFTH STREET
CINCINNATI, OHIO 45202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | CO-PERSONAL REPRESENTATIVE | ▮▮▮▮ ESTATE |
| 2. | EXECUTOR | ▮▮▮▮ ESTATE |
| 3. | GENERAL MANAGER | AVENTURA, LLC |
| 4. | GENERAL MANAGER | MILFORD ONE, LLC |
| 5. | BOARD MEMBER AND EXECUTIVE COMMITTEE MEMBER | YWCA |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BOND-GREEN OHIO INCOME TAX REV COMM. LEARNING CENTER | D | Interest | M | T | | | | | |
| 2. BOND - MIAMI UNIVERSITY OHIO GENERAL RECEIPTS REVENUE 2.0% | B | Interest | M | T | | | | | |
| 3. ACCENTURE PLC - Johnson Investments accnt | A | Dividend | K | T | Buy | 4/19/12 | K | | |
| 4. BOND - KENTUCKY RURAL WATER FINANCING CORP 4.00% | D | Interest | M | T | | | | | |
| 5. BOND - KENTUCKY ASSOC. OF COUNTIES FINANCING 4.250% | D | Interest | N | T | | | | | |
| 6. ORACLE CORPORATION - Johnson Investments accnt | | None | K | T | Buy | 12/13/12 | K | | |
| 7. E VANCE INC FUND OF BOSTON - Johnson Investments accnt | C | Dividend | L | T | Buy | 4/11/12 | L | | |
| 8. CASH held in custodian at Johnson Invenstments | | None | O | T | | | | | |
| 9. CASH held in custodian at Johnson Investements ) | | None | K | T | | | | | |
| 10. Womens capital club partnership (2.5% onwership) | | None | K | W | | | | | |
| 11. TORTOISE MLP & PIPELINE - Johnson Investments accnt # | A | Dividend | K | T | Buy | 4/9/12 | K | | |
| 12. STATE OF OHIO HIGHER EDUCATION FACILITIES 5.0% | D | Interest | | | Sold | 6/25/12 | M | A | |
| 13. FIFTH THIRD BANK CHECKING ACCTS | A | Interest | K | T | | | | | |
| 14. BOND - PORTAGE COUNTY OHIO GENERAL OBLIGATION LTD 4.00% | D | Interest | N | T | | | | | |
| 15. AIR PRODUCTS AND CHEMICALS - Johnson Investments accnt | A | Dividend | L | T | Buy (add'l) | 7/26/12 | K | | |
| 16. CHEVRON CORP - Johnson Investments accnt | A | Dividend | J | T | | | | | |
| 17. MICROSOFT CORP - Johnson Investments accnt # | B | Dividend | K | T | Sold (part) | 4/23/12 | L | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PEPSICO INC - Johnson Investements accnt | C | Dividend | L | T | | | | | |
| 19. JOHNSON FIXED INCOME FUND - Johnson Investments accnt | D | Dividend | N | T | | | | | |
| 20. BHP BILLITON LTD ADR - Johnson Investments accnt | A | Dividend | J | T | | | | | |
| 21. CONOCOPHILLIPS - Johnson Investments accnt | C | Dividend | L | T | | | | | |
| 22. BOND-CLEVELAND OH WATERWORKS REV 1STMORT SERIES G 5.5% 2013 | B | Interest | | | Matured | 01/03/12 | K | A | |
| 23. PROCTER & GAMBLE CO - Johnson Investments accnt | D | Dividend | M | T | Sold (part) | 12/13/12 | K | E | |
| 24. CISCO SYSTEMS - Johnson Investments accnt | A | Dividend | J | T | | | | | |
| 25. QUALCOMM, INC. - Johnson Investments accnt | A | Dividend | L | T | Buy | 4/20/12 | K | | |
| 26. QUALCOMM, INC. - Johnson Investments accnt | | None | | | Buy (add'l) | 7/26/12 | K | | |
| 27. EXXON MOBIL CORPORATION - Johnson Investments accnt | B | Dividend | L | T | | | | | |
| 28. JOHNSON & JOHNSON - Johnson Investments accnt | C | Dividend | M | T | | | | | |
| 29. BECTON, DICKSON AND COMPANY - Johnson Investments accnt | A | Dividend | K | T | | | | | |
| 30. IDEX - Johnson Investments accnt | | None | K | T | Buy | 12/18/12 | K | | |
| 31. GAHANNA OHIO GEN 5.0% DUE 12/1/18 DATED 9/1/05 | D | Interest | M | T | | | | | |
| 32. OWENS & MINOR INC HOLDING COMPANY - Johnson Investment | | None | L | T | Buy | 12/13/12 | L | | |
| 33. MENTOR OHIO GEN 5.0% DUE 12/1/15 DATED 10/1/05 | C | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. PHILLIPS 66 - Johnson Investments accnt | A | Dividend | K | T | Spinoff (from line 21) | 5/1/12 | | | |
| 35. UNIVERSITY OF CINCINNATI GEN 4.0% DUE 6/1/12 DATED 3/1/05 | B | Interest | | | Matured | 6/1/12 | L | A | |
| 36. BOND - OHIO HOUSING FINANCY AGENCY MORT REV,3.95%,DUE 9/1/15 | C | Interest | M | T | | | | | |
| 37. AON PLC - Johnson Investments accnt | A | Dividend | J | T | Buy | 6/22/12 | J | | |
| 38. PICKERINGTON OHIO LOCAL SCHOOL, 4.125%, DUE 12/1/16 | C | Interest | L | T | | | | | |
| 39. APPLE INC - Johnson Investments accnt | | None | J | T | Buy | 12/18/12 | J | | |
| 40. 3M COMPANY SHARES - Johnson Investments accnt | B | Dividend | L | T | | | | | |
| 41. CINCINNATI FINANCIAL CORP SHARES - Johnson Investments accnt | C | Dividend | K | T | Sold (part) | 4/23/12 | K | E | |
| 42. DOMINION RESOURCES SHARES - Johnson Investments accnt | C | Dividend | L | T | | | | | |
| 43. EMERSON ELECTRIC COMPANY- Johnson Investments accnt | B | Dividend | L | T | | | | | |
| 44. THORNBURG INTERNATIONAL VAL- Johnson Investements accnt | A | Dividend | L | T | | | | | |
| 45. JOHNSON CONTROLS - Johnson Investments accnt | A | Dividend | K | T | | | | | |
| 46. ROCHE HOLDINGS LTD - ADR - Johnson Investments accnt | A | Dividend | | | Sold | 10/9/12 | J | A | |
| 47. BAKER HUGHES, INCORPORATED - Johnson Investments accnt | A | Dividend | J | T | Buy | 3/16/12 | J | | |
| 48. BOND - STATE OF OHIO BLDG AUTH REV,5%, DUE 10/1/17 | D | Interest | M | T | | | | | |
| 49. LINEAR TECHNOLOGY CORP - Johnson Investments accnt | A | Dividend | K | T | | | | | |
| 50. OHIO MUNI ELECTRIC GENERATION AGENCY REV CALLABLE 2-15-14 | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. ROYAL DUTCH SHELL PLC - Johnson Investments accnt | B | Dividend | K | T | | | | | |
| 52. STAPLES, INC.QUALCOMM, INC. - Johnson Investments accnt | A | Dividend | | | Buy | 4/23/12 | K | | |
| 53. STAPLES, INC.QUALCOMM, INC. - Johnson Investments accnt | | None | | | Sold | 12/13/12 | K | A | |
| 54. NESTLE A SPONSORED ADR - Johnson Investments accnt | B | Dividend | K | T | | | | | |
| 55. FUEL SYSTEMS SOLUTIONS INC - Wells Fargo acct | | None | J | T | | | | | |
| 56. MOLYCORP INC - Wells Fargo acct | | None | | | Sold | 6/7/12 | J | A | |
| 57. MANITOWOC COMPANY INC - Wells Fargo acct | | None | | | Sold | 6/7/12 | J | A | |
| 58. MINDRAY MEDICAL INTL LTD - Wells Fargo acct | A | Dividend | | | Sold | 8/7/12 | J | A | |
| 59. PEPSICO INCORPORATED - Johnson Investments accnt | A | Dividend | | | Sold | 12/21/12 | J | B | |
| 60. PETROLEO BRASILEIRO - SA - Wells Fargo acct | A | Dividend | J | T | | | | | |
| 61. POLO RALPH LAUREN CORP - Wells Fargo acct | A | Dividend | L | T | Buy (add'l) | 6/7/12 | J | | |
| 62. TATA MOTORS LTD - SPNS ADR - Wells Fargo acct | A | Dividend | K | T | | | | | |
| 63. GREATER CLEVELAND OHIO REGIONAL TRANSPORTATION AUTHORITY GNE | D | Interest | M | T | | | | | |
| 64. MASON OHIO GEN 4% DUE 12/021/20 | D | Interest | M | T | | | | | |
| 65. NORTH OLMSTED OHIO GEN. 5.250% DUE 12/1/20 | D | Interest | M | T | | | | | |
| 66. OHIO STATE HOUSING FINANCE AGENCY REV 3.7% DUE 12/1/16 | B | Interest | K | T | Matured (part) | 3/1/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. HOSPITALITY PROPERTIES REIT TRUST - Wells Fargo acct | A | Dividend | J | T | | | | | |
| 68. MARVELL TECHNOLOGY GROUP LTD - Wells Fargo acct | A | Dividend | J | T | | | | | |
| 69. MASCO CORP - Wells Fargo acct | A | Dividend | J | T | | | | | |
| 70. BEAVERCREEK OHIO CITY SCHOOL DISTRICT 4.75% | D | Interest | N | T | | | | | |
| 71. DUBLIN OHIO CITY SCHOOL DISTRICT FAC. 4.0% | D | Interest | N | T | | | | | |
| 72. KENTON CTY. KY SCHOOL DISTRICT FINANCE 4.5% | D | Interest | M | T | | | | | |
| 73. KENTUCKY STATE PROP AND BLDG. COMMISSION 5.0% | D | Interest | M | T | | | | | |
| 74. RISING SUN IN. SCHOOL BLDG. CORP. 3.8% | D | Interest | | | Sold | 4/19/12 | N | D | |
| 75. WALGREEN COMPANY - Johnson Investments acct | B | Dividend | L | T | | | | | |
| 76. DANAHER CORPORATION - Johnson Investments acct | A | Dividend | J | T | Buy | 6/22/12 | J | | |
| 77. VALLEY FORGE COMPOSITE TECHNOLOGY - Wells Fargo acct | | None | J | T | Sold (part) | 6/7/12 | J | A | |
| 78. NEXTERA ENERGY INC - Wells Fargo acct | B | Dividend | K | T | | | | | |
| 79. EMC CORPORATION - Johnson Investments acct | | None | J | T | Buy | 6/22/12 | J | | |
| 80. NORFOLK SOUTHERN CORP. - Johnson Investments acct | A | Dividend | | | Sold | 7/31/12 | J | C | |
| 81. POTASH CORP OF SASKATCH, INC - Johnson Investment acct | A | Dividend | J | T | | | | | |
| 82. PEPSICO INCORPORATED - Wells Fargo acct | A | Dividend | K | T | | | | | |
| 83. NOVARTIS - Wells Fargo acct | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. JOHNSON & JOHNSON - Johnson Investments accnt | A | Dividend | J | T | | | | | |
| 85. PIMCO COMMODITY REAL RETURN STRAT FD - ML acct | A | Dividend | K | T | Buy | 5/9/12 | K | | |
| 86. PROLOGIS INC - Wells Fargo acct | A | Dividend | K | T | | | | | |
| 87. ALLERGEN INC - Wells Fargo acct | A | Dividend | K | T | | | | | |
| 88. HILL-ROM HOLDINGS INC. - Johnson Investments accnt | | None | J | T | Buy | 12/18/12 | J | | |
| 89. CASH MERRILL LYNCH | | None | J | T | | | | | |
| 90. APPLE INC - Wells Fargo acct | B | Dividend | M | T | | | | | |
| 91. AMDOCS LTD - Wells Fargo acct | | None | | | Sold | 6/7/12 | K | A | |
| 92. JOHNSON FIXED INCOME FUND - Johnson Investments acct | D | Distribution | | | | | | | |
| 93. INDUSTRIAL SECTOR SPDR - Wells Fargo acct | A | Dividend | | | Sold | 6/7/12 | K | C | |
| 94. ISHARES MSCI EAFE INDEX - Wells Fargo acct | | None | | | Sold | 6/7/12 | K | A | |
| 95. ISHARES TR MSCI EMERGING - Wells Fargo acct | | None | | | Sold | 6/7/12 | K | D | |
| 96. ORACLE CORPORATION - Johnson Investments accnt | A | Dividend | J | T | Buy | 4/23/12 | J | | |
| 97. PRICELINE.COM INC - Johnson Investments accnt | | None | J | T | Buy | 8/9/12 | J | | |
| 98. NYSE EURONEXT - Wells Fargo acct | B | Dividend | K | T | | | | | |
| 99. PETMED EXPRESS INC - Wells Fargo acct | B | Dividend | K | T | | | | | |
| 100. SCHLUMBERGER LTD - Wells Fargo acct | A | Dividend | | | Sold | 6/7/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. THORNBURG INTL VALUE- Johnson Investments accnt | A | Dividend | J | T | | | | | |
| 102. SUNCOR ENERGY INC - Wells Fargo acct | A | Dividend | K | T | | | | | |
| 103. AT&T INC. - Wells Fargo acct | B | Dividend | K | T | | | | | |
| 104. FEDERATED OHIO MUNICIPAL CASH TRUST | A | Interest | | | | | | | |
| 105. CONSTELLATION BRANDS INC CL A - Wells Fargo acct | | None | | | Sold | 6/7/12 | K | C | |
| 106. NORFOLK SOUTHERN CORP. - Johnson Investments accnt | A | Dividend | K | T | Buy | 4/23/12 | K | | |
| 107. GENERAL ELECTRIC COMPANY - ML acct # | | None | J | T | Buy | 5/9/12 | J | | |
| 108. NATIONAL POWER CORP - ML acct | | None | J | T | Buy | 5/9/12 | J | | |
| 109. PROCTER & GAMBLE CO - Johnson Invenstments acct | A | Dividend | J | T | | | | | |
| 110. DOMINION RESOURCES - Johnson Investments acct | A | Dividend | J | T | | | | | |
| 111. EMERSON ELECTRIC CO- Johnson Investments acct | A | Dividend | J | T | | | | | |
| 112. MICROSOFT CORPORATION - Johnson Investments acct | A | Dividend | J | T | | | | | |
| 113. NESTLE S A SPONSORED ADR - Johnson Investments acct | | None | J | T | Buy | 4/23/12 | J | | |
| 114. AVENTURA, LLC - RENTAL PPTY AVENTURA, FL | D | Rent | | | Sold | 12/7/12 | O | E | Matthias Aeppli |
| 115. MILFORD ONE, LLC - RENTAL PPTY MILFORD, OH | | None | M | W | | | | | |
| 116. NORTHWESTERN WHOLE LIFE POLICY | | None | M | T | | | | | |
| 117. NORTHWESTERN WHOLE LIFE POLICY | | None | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118. CASH WELLS FARGO ( | A | Interest | K | T | | | | | |
| 119. COLORADO ST HIGHER ED CAPITAL CONST. - 5% CERTIFICATES | D | Interest | N | T | Buy | 4/19/12 | N | | |
| 120. QUALCOMM, INC. - Johnson Investments accnt | A | Dividend | J | T | Buy | 4/20/12 | J | | |
| 121. ROYAL DUTCH SHELL - Johnson Investments accnt | A | Dividend | J | T | Buy | 6/22/12 | J | | |
| 122. UNION PACIFIC CORPORATION - Johnson Investments accnt | A | Dividend | J | T | Buy | 4/19/12 | J | | |
| 123. WALT DISNEY CORPORATION - Johnson Investments accnt | A | Dividend | J | T | Buy | 4/23/12 | J | | |
| 124. CVS CORPORATION - Johnson Investments accnt | | None | J | T | Buy | 12/21/12 | J | | |
| 125. JOHNSON CONTROLS INC. - Johnson Investments accnt | A | Dividend | J | T | Buy | 4/23/12 | J | | |
| 126. FLAHERTY & CRUMRINE / CLAYMORE PFD SEC INC FD - ML acct | A | Dividend | J | T | Buy | 5/9/12 | J | | |
| 127. TORTOISE MLP & PIPELINE - Johnson Investments accnt | A | Dividend | J | T | Buy | 4/9/12 | J | | |
| 128. CHEVRON CORP - Johnson Investments accnt | B | Dividend | L | T | Buy | 4/23/12 | L | | |
| 129. HARTFORD CAP APPREC FD C - ML acct | A | Dividend | L | T | Buy | 5/9/12 | K | | |
| 130. CSX CORP - Wells Fargo acct | A | Dividend | K | T | Buy | 10/11/12 | K | | |
| 131. GOOGLE INC CL A - Wells Fargo acct | | None | K | T | Buy | 01/26/12 | K | | |
| 132. LULULEMON ATHLETICA INC - Wells Fargo acct | | None | K | T | Buy | 01/26/12 | K | | |
| 133. F5 NETWORKS - Johnson Investments acct | | None | J | T | Buy | 8/9/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DLOTT, SUSAN J.** | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 134. SODASTREAM INTERNATIONAL LTD - Wells Fargo acct | | None | K | T | Buy | 6/7/12 | K | | |
| 135. WELLPOINT INC - Wells Fargo acct | A | Dividend | K | T | Buy | 4/12/12 | K | | |
| 136. GENERAL MILLS INC - Wells Fargo acct | | None | K | T | Buy | 10/11/12 | K | | |
| 137. APPLE INC - Johnson Investments acct | | None | K | T | Buy | 12/18/12 | K | | |
| 138. GS FINL SQ MMKT INSTL - Wells Fargo acct | A | Dividend | M | T | Buy | 8/13/12 | M | | |
| 139. GS FINL SQ MMKT INSTL - Wells Fargo acct | | None | | | Sold (part) | 10/11/12 | K | A | |
| 140. GS FINL SQ MMKT INSTL - Wells Fargo acct | | None | | | Sold (part) | 4/12/12 | J | A | |
| 141. GS FINL SQ MMKT INSTL - Wells Fargo acct | | None | | | Sold (part) | 4/13/12 | K | A | |
| 142. GS FINL SQ MMKT INSTL - Wells Fargo acct | | None | | | Sold (part) | 1/31/12 | K | A | |
| 143. AGIC CONV & INCOME FD II - ML acct | A | Dividend | K | T | Buy | 5/9/12 | K | | |
| 144. BLACKROCK HIGH INCOME - ML acct | A | Dividend | J | T | Buy | 5/9/12 | J | | |
| 145. BLACKROCK CORP HY FUND - ML acct | A | Dividend | J | T | Buy | 5/9/12 | J | | |
| 146. BLACKROCK GLOBAL ALLOCATION FUND INC C - ML acct | A | Dividend | M | T | Buy | 5/9/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII .
LISTED STOCKS ARE COMMON SHARES UNLESS OTHERWISE NOTED.

ALL WOMEN'S CLUB INVESTMENTS ARE REPORTED AT THE AGGREGATE VALUE.  JUDGE DLOTT OWNS 2.5%.

LINES 8, 9, 89, AND 118 ARE CASH ACCOUNTS HELD IN INVESTMENT ACCOUNTS FOR FUTURE PURCHASES.

DURING 2012, INVESTMENTS IN QUALCOMM WERE PURCHASED IN TWO SEPARATE TRANSACTIONS.  THE FIRST IS REPORTED AT LINE 25 AND THE SECOND IS REPORTED AT LINE 26.

DURING 2012, INVESTMENTS IN STAPLES WERE PURCHASED AND SOLD IN TWO SEPARATE TRANSACTIONS.  THE FIRST IS REPORTED AT LINE 52 AND THE SECOND IS REPORTED AT LINE 53.  AS SUCH, NO LETTESR APPEAR IN COLUMN C1 AND C2.  LINE 52 IN THE 2011 FDR REPRESENTED DISTRIBUTIONS FROM SECURITIES LITIGATION SETTLEMENTS FROM UNITED HEALTHCARE INVESTMENTS HELD PRIOR TO 2011.

DURING 2012, PHILLIPS 66 WAS SPUN OFF AS A SUBSIDIARY FROM CONOCOPHILLIPS; LINE 34 REPRESENTS THE SHARES RECEIVED ON 5/1/12 AS A RESULT OF THAT SPINOFF AS REPORTED WITHIN THE INVESTMENT STATEMENT.  NO BASIS FOR THE SPUN OFF SHARES WAS REPORTED WITHIN THE INVESTMENT STATEMENT, AND THEREFORE, NO LETTER APPEARS IN COLUMN D3.

AS WITHIN THE 2011 FDR, LINE 92 DISTRIBUTIONS WERE RECEIVED FROM JOHNSON FIXED INCOME FUND.  THERE WERE ALSO DIVIDENDS FROM THESE HOLDINGS REPORTED AT LINE 19.  THERE WAS NOT ENOUGH ROOM TO REPORT ALL OF THE 2012 ACTIVITY ON ONE LINE, AND THEREFORE, LINES 92 AND 19 WERE USED.

LINE 104 IS ADDITIONAL INTEREST RECEIVED DURING 2012 FOR SECURITIES THAT WERE HELD PRIOR TO 2012, 2011 AND 2010.

LINES 116 AND 117 REPRESENT TWO WHOLE LIFE INSURANCE POLICIES HAVING CASH SURRENDER VALUE IN 2012.  SIX ADDITIONAL POLICIES EXIST, BUT ARE NOT LISTED AS THEY HAVE NO CASH SURRENDER VALUE IN 2012.

LINES 138, 139, 140, 141 AND 142 ARE ALL ASSOCIATED WITH GS FINL MMKT INSTL AND REPORT ALL 2012 ACTIVITY FOR THIS MONEY MARKET INVESTMENT.  WITHIN THE 2011 FDR, THIS ACTIVITY WAS DISCLOSED ON LINES 85 AND 89.  THERE WAS NOT ENOUGH ROOM TO REPORT ALL OF THE 2012 ACTIVITY ON LINES 85 AND 89, AND THEREFORE, LINES 138, 139, 140, 141 AND 142 WERE USED.

PART I. POSITIONS:  JUDGE DLOTT SERVES AS CO REPRESENTATIVE OF        ESTATE - SHE HAS NO INTEREST IN THE TRUST AND DOES NOT MANAGE OR CONTROL THE ASSETS OF THE TRUST - SO THERE IS NOTHING REPORTED ON INVESTMENT TAB IN ACCORDANCE WITH FILING INSTRUCTIONS AND DIRECTION FROM PRIOR YEARS.

PART I. POSITIONS:  JUDGE DLOTT SERVES AS EXECUTOR OF        ESTATE - SHE HAS NO INTEREST IN THE TRUST AND DOES NOT MANAGE OR CONTROL THE ASSETS OF THE TRUST - SO THERE IS NOTHING REPORTED ON INVESTMENT TAB IN ACCORDANCE WITH FILING INSTRUCTIONS.

JUDGE DLOTT FILES A TAX RETURN SEPERATE FROM HER SPOUSE (I.E. NOT A JOINT TAX RETURN).  AS SUCH, THE ASSETS        ARE NOT REPORTED WITHIN THIS FEDERAL DISCLOSURE REPORT, WHICH IS CONSISTENT WITH HISTORICAL FILINGS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ SUSAN J. DLOTT

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544